UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF THE
APPLICATION OF THE
UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING
THE INSTALLATION, MONITORING,
MAINTAINING, REPAIRING, AND
REMOVAL OF GLOBAL POSITIONING
(GPS)MOBILE TRACKING DEVICE
IN OR ON A 1997 BLACK, SEDAN BMW
BEARING NEW HAMPSHIRE REGISTRATION
NUMBER 3090183 AND VEHICLE
IDENTIFICATION NUMBER
WBACC0329VEK20178.

M.J. No.: 12 mj 15

Filed under Seal

## ORDER

After review of the application for search warrant, including the supporting affidavit of Special Agent Michael J. Forti, the search warrant and the government's motion for delay of providing notice of the execution of the search warrant on the above-referenced vehicle pursuant to 18 U.S.C. 3103a(b), the Court hereby finds that immediate notification of the execution of the warrant may have an adverse result, in that it would seriously jeopardize an ongoing law enforcement investigation; that the warrant authorizes the seizure of such property based only on a reasonable necessity (see 18 U.S.C. § 3101a(b)(2)); and the warrant provides for the giving of such notice within a reasonable period of its execution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced vehicle and orders that notice of the execution of the warrant will be provided within 30 days after the completion of the use of the global tracking device, unless, upon a showing of good cause, that period is extended by this Court.

Dated: February 15, 2012

_____
Hon. Landya Boyer McCafferty
United States Magistrate Judge
District of New Hampshire